# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIEM SHAHEED,<br><br>                 Plaintiff,<br><br>       v.<br><br>S. SHERMAN, et al.,<br><br>                 Defendants. | Case No.: 1:20-cv-01450-SAB (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 20) |

Plaintiff Karriem Shaheed is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 22, 2021, a settlement conference was conducted by Magistrate Judge Barbara A. McAuliffe. The parties did not reach a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. The stay of the proceedings is LIFTED; and
2. The Clerk of Court shall issue the discovery and scheduling order in this case.

IT IS SO ORDERED.

Dated:  **November 29, 2021**

UNITED STATES MAGISTRATE JUDGE

1