# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIEM SHAHEED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. SHERMAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01450-ADA-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS AS MOOT<br><br>(ECF No. 49) |

　　　　On December 21, 2022, summary judgment was granted in favor of Defendants and judgment was entered.

　　　　On December 22, 2022, Plaintiff filed a motion for leave to file a reply to Defendants' response to Plaintiff's objections. Inasmuch as judgment as been entered in favor of Defendants and the Local Rules do not authorize the filing of a reply to a response to objections, Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

Dated: __December 23, 2022__　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1